```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A03-0272--CV (RRB)
       "AK PIPE TRADES UA LOCAL 367 ET AL V R&S PLUMB"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(8)
            Filed: 11/17/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (791) Employee Retirement Income Security Act of 1974

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 11/17/03 receipt # 00121889
         Trial by: Court
```

```
Parties of Record:                             Counsel of Record:

PLF 1.1          AK PIPE TRADES UA LOCAL 367 HEALTH    Russell L. Winner
                 AND SECURITY TRUST FUND               Winner & Associates
                                                       900 W. 5th Avenue, Suite 700
                                                       Anchorage, AK 99501
                                                       907-277-9522
                                                       FAX 907-277-4510

                                                       Kirk R. McKenzie
                                                       Smith Mckenzie et al
                                                       500 Union Street, Suite 700
                                                       Seattle, WA 98101-1800
                                                       206-224-9900
                                                       FAX 206-224-9820

PLF 2.1          AK PLUMBING & PIPEFITTING INDUSTRY    Russell L. Winner
                 PENSION TRUST FUND                    (see above)

                                                       Kirk R. McKenzie
                                                       (see above)

PLF 3.1          PLUMBERS & STEAMFITTERS UA LOCAL      Russell L. Winner
                 367 JOURNEYMAN APPRENTICE             (see above)

                                                       Kirk R. McKenzie
                                                       (see above)

DEF 1.1          R&S PLUMBING & HEATING INC            Thomas L. Melaney
                                                       Law Offices of Thomas L. Melaney
                                                       2263 Spenard Road
                                                       Anchorage, AK 99503
                                                       907-274-7551
                                                       FAX 907-272-2732
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A03-0272--CV (RRB)
                    "AK PIPE TRADES UA LOCAL 367 ET AL V R&S PLUMB"

                                  For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(8)
             Filed: 11/17/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/17/03 receipt # 00121889
          Trial by: Court


 Document #   Filed       Docket text

      1 -  1  11/17/03    Complaint filed.

      2 -  1  11/19/03    RRB Minute Order that case referred to MJ Roberts per MJ Rule 4(8). cc:
                          cnsl, MJ Roberts

      3 -  1  12/18/03    DEF 1 Attorney Appearance of Thomas Melaney.

      4 -  1  01/21/04    JDR Minute Order re pltf to file proof of services due w/in 20 days. cc:
                          cnsl

      5 -  1  02/25/04    JDR Minute Order (Warning) re pltf to file proof of services due 120
                          days from flg of complaint or def will be dsmssd. cc: cnsl

      6 -  1  03/01/04    PLF 1-3 Return of Service Executed re: DEF 1 on 12/15/03.

      7 -  1  03/31/04    JDR Minute Order re pltf to require an answer or apply for default due
                          w/in 20 days. cc: cnsl

      8 -  1  04/05/04    DEF 1 Answer to Complaint.

      9 -  1  04/06/04    JDR Minute Order that parties to meet w/i 21 days from date of svc this
                          order and file w/crt w/i 28 days from svc of this order a report at to
                          the status and discovery needs of this case. cc: cnsl

     10 -  1  05/13/04    JDR Minute Order re Rule 16(b) status reprt has not been timely fld,
                          parties to file siad reprt due w/in 15 days. cc: cnsl

     11 -  1  05/27/04    PLF 1-3; DEF 1 Scheduling & Planning Conf Rpt.

     12 -  1  06/02/04    VACATED PER ORDER AT DKT 19. JDR Scheduling and Planning Order setting
                          pretrial deadlines: Original discovery 12/13/04; Dispositive motions
                          deadline 01/13/05; Estimate of trial 1 days; TBC. cc: cnsl

     13 -  1  11/12/04    DEF 1 Witness List.

     14 -  1  01/21/05    RRB Order re: certification of readiness for trial; parties to certify
                          or file a report within 15 days from the date of this order. cc:cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0272--CV (RRB)
                   "AK PIPE TRADES UA LOCAL 367 ET AL V R&S PLUMB"

                                    For all filing dates


Document #   Filed      Docket text

    15 -  1  02/15/05   RRB Minute Order the parties were call upon to report the readines of
                        this case for trial, no report was filed.  Counsel to file the required
                        report w/in 15 days.   cc: cnsl

    16 -  1  03/09/05   RRB Minute Order parties shall file the required report re:
                        certification of readiness w/in 10 days; if no report is received, this
                        case will be dismissed w/out prejudice for lack of prosecution.  cc:
                        cnsl

    17 -  1  05/11/05   PLF 1-3 Unopposed motion to vacate scheduling and planning order.

    18 -  1  05/11/05   PLF 1-3 Attorney Appearance of Russell L. Winner (co-cnsl).

    19 -  1  05/12/05   RRB Order granting Unopposed motion to vacate scheduling and planning
                        order (17-1).  New S&P report to be filed by 5/25/05.    cc: cnsl

    20 -  1  05/25/05   PLF 1-3; DEF 1 Scheduling & Planning Conference Report.

    21 -  1  06/02/05   RRB Scheduling and Planning Order setting pretrial deadlines: Discovery
                        to close 12/12/05; Dispositive motions deadline 11/18/05. cc: cnsl

    22 -  1  08/15/05   DEF 1 Initial Disclosure.

    23 -  1  11/07/05   PLF 1-3 Final Witness List.

    24 -  1  11/09/05   DEF 1 Final Witness List.

    25 -  1  11/17/05   PLF 1-3 Stipulation for extension of time until 11/25/05 to file
                        discovery mots, dispositive mots & mots in limine.

    25 -  2  11/23/05   RRB Order granting stipulation for extension (25-1) & setting the
                        following dates: Discovery to close 11/28/05; Dispositive motions
                        deadline 11/28/05. cc: cnsl

    26 -  1  11/28/05   PLF 1-3 Unopposed motion to stay pretrial deadlines pending settlement.

    27 -  1  11/30/05   RRB Order granting unopposed motion to stay pretrial deadlines pending
                        settlement (26-1).  The parties to file a stip for dismissal once the
                        settlement is finalized.    cc: cnsl




ACRS: R_VDSDX              As of 12/01/05 at 3:12 PM by GARRY                      Page 2
```