Thomas L. Melaney, ABA #7410092
Attorney At Law
2263 Spenard Road
Anchorage, Alaska 99503
Telephone: (907) 274-7551

Attorney for Defendant

RECEIVED
FEB 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA PIPE TRADES UA LOCAL 367 HEALTH AND SECURITY TRUST FUND, ALASKA PLUMBING AND PIPEFITTING INDUSTRY PENSION TRUST FUND, PLUMBERS AND STEAMFITTERS UA LOCAL 367 JOURNEYMAN APPRENTICE TRAINING TRUST FUND (hereinafter referred to as the "Trust Funds"),<br><br>Plaintiffs,<br><br>vs.<br><br>R & S PLUMBING & HEATING, INC., an Alaska corporation, (hereinafter referred to as the "Employer"),<br><br>Defendant. | Case No. A03-0272 CV (RRB)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the above-captioned matter may be dismissed with prejudice, all parties to bear their own costs and attorney's fees.

THOMAS L. MELANEY
ATTORNEY AT LAW
2263 SPENARD ROAD
ANCHORAGE, AK 99503
(907) 274-7551

ALASKA PIPE TRADES v. R & S PLUMBING        Page -1-        CASE NO. A03-0272 CV (RJB)

WINNER & ASSOCIATES, P.C.
Attorneys for Plaintiffs

DATED: 2/3/06   By: _____
Russell L. Winner   ABA #7811149

SMITH McKENZIE ROTHWELL & BARLOW, P.S.
Attorneys for Plaintiffs

DATED: 2/3/06   By: _____
Michael H. Korpi

LAW OFFICE OF THOMAS L. MELANEY
Attorney for Defendant

DATED: 1/23/2006   By: _____
Thomas L. Melaney   ABA #7410092

## ORDER

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
United States District Judge

THOMAS L. MELANEY
ATTORNEY AT LAW
2263 SPENARD ROAD
ANCHORAGE, AK 99503
(907) 274-7551

ALASKA PIPE TRADES v. R & S PLUMBING   Page -2-   CASE NO. A03-0272 CV (RJB)